# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-3233
_____

United States of America

*Plaintiff - Appellee*

v.

Gerardo Morales-Ramirez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: April 14, 2026
Filed: April 17, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Gerardo Morales-Ramirez appeals the sentence imposed by the district court[1] after he pled guilty to being a felon found after illegal reentry. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

U.S. 738 (1967), challenging the substantive reasonableness of the sentence. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

Upon careful review, this court concludes the district court did not abuse its discretion in sentencing Morales-Ramirez. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review); *United States v. Miner*, 544 F.3d 930, 932 (8th Cir. 2008) (presuming sentence within United States Sentencing Guidelines Manual range is reasonable). Further, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), this court finds no non-frivolous issues for appeal.

The judgment is affirmed and counsel's motion to withdraw is granted.

_____